IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID DEAN MOORE, #01267315        §
                                   §
VS.                                §        CIVIL ACTION NO. 4:15cv34
                                   §
DIRECTOR, TDCJ-CID                 §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to a United States Magistrate

Judge. The Report and Recommendation of the Magistrate Judge, which contains proposed findings

of fact and recommendations for the disposition of such action, has been presented for consideration.

No objections have been filed. After reviewing the Report and Recommendation, the Court

concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same

as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is

**DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.
 **SIGNED this 6th day of February, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE